```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   07 CR 0899 (VM)
                                    :
     - against -                    :   ORDER
                                    :
                                    :
OYEWALE OLANIBI,                    :
                                    :
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The Government (see attached letter) requests that a conference be scheduled for October 5, 2007 and that the time until that conference be excluded from the Speedy Trial Act. All parties to this action consent to this exclusion of time.

It is hereby ordered that a conference be scheduled for October 5, 2007 at 3:45 p.m. and that the time from today until October 5, 2007 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         1 October 2007

                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-07

 


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2007

**BY FACSIMILE**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

      Re:   *United States v. Oyewale Olanibi*,
              07 Cr. 899 (VM)

Dear Judge Marrero:

      An initial conference in the above-captioned case has been scheduled for October 5, 2007. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., until October 5, 2007, in order to allow the Government to produce discovery. I have spoken with Roland Thau, counsel for the defendant, regarding this request, and he has consented to the exclusion of time under the Speedy Trial Act until October 5, 2007.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

      By: _____
            Antonia M. Apps
            Assistant United States Attorney
            Tel: (212) 637-2198
            Fax: (212) 637-2527

cc:    Roland Thau