```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :   07 CR 0899 (VM)
                                    :
        - against -                 :        ORDER
                                    :
                                    :
OYEWALE OLANIBI,                    :
                                    :
              Defendant.            :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Government requests that a hearing on Defendant's intended motion to suppress be scheduled for February 29, 2008, and that the time until that hearing be excluded from the Speedy Trial Act. All parties to this action consent to this exclusion of time.

It is hereby ordered that the time from today until February 29, 2008, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         7 December 2007

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-07