# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

January 18, 2008

fax 212 805-6382

Honorable Victor Marrero,
United States District Judge
Southern District of New York

Re:  **United States v. Oyewale Olanibi**
     07 Cr. 899 (VM)

Your Honor:

I apologize for my failure to file motions due January 9th and not requesting an extension before hand. The voluminous amount of material required to be reviewed and analyzed in this case as well as the press of other business accounts for these failures but, of course, do not excuse them.

On the government's consent (by Antonia M. Apps, Esq., AUSA, Tel. 212 637-2198) we respectfully request an extension for the filing of motions to no later than January 28, 2008, with a concomitant extension of the government's response February 11 and a possible reply from us February 18, 2008.

Your Honor had set February 29 as a control date based on the originally set briefing schedule. We do not believe that this date need be disturbed because of this application but, of course, leave the matter in your hands.

We consent to whatever further exclusion of time may be necessary if Your Honor adjusts the next conference date for later because of this application.

I apologize once again.

```
Request GRANTED. The briefing schedule with regard to the
motion to suppress                              herein
is extended as set forth herein: motion papers submitted by
1-28-08          ; response 2-11-08        ;
reply 2-18-08 .
SO ORDERED.
1-22-08
DATE        VICTOR MARRERO, U.S.D.J.
```

Respectfully,

Roland Thau,
Staff Attorney
Tel.: (212) 417-8733

cc: Antonia M. Apps, Esq., AUSA
    By fax 212 647-2527

TOTAL P.002