UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA              :

      v.                              :     **DEFENDANT'S AFFIRMATION**

**OYEWALE OLANIBI ,**                  :       07 Cr. 899 (VM)

                                         :

          Defendant.         :
------------------------------------X

    **OYEWALE OLANIBI,** hereby affirms under penalties of perjury pursuant to 28 U.S.C. §1746:

    1.  I am the defendant in this case.  I have read all the discovery furnished by the government in this case and discussed the case with my attorney, Roland Thau whose affirmation in support of my motion to suppress evidence dated January 28 2008 I have read and discussed with him.

    2.  I adopt the factual recital contained in Mr. Thau's affirmation and incorporate it herein by reference for the sake of brevity and economy.  This recital does not include all matters relevant to my motion to suppress evidence but only as much as my attorney advises is necessary to bring this motion.

    3.  Upon my arrest in the laundromat mentioned in my lawyer's affirmation, the arresting postal inspectors took my closed laptop bag from me and searched it without a search warrant or my consent.

    4.  I have learned that the authorities applied to the court

for a search warrant to search the disk drive of my computer and also to search my home. I did not authorize or give my consent to the authorities to conduct either one of these two searches.

Accordingly, my attorney has informed me that on the facts set forth in his affirmation and which I hereby adopt, my constitutional rights protecting me from unreasonable searches and seizures were violated so that, if this Court agrees with this proposition, all the physical evidence seized from me and my property should be suppressed as well as any postarrest statements attributed to me.

Dated:  New York, New York
        January 28, 2008

                                    _/S/_____
                                    **OYEWALE OLANIBI**