```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
```

**UNITED STATES OF AMERICA**          :

      - v -                          :     **NOTICE OF MOTION**
                                                                  **TO SUPPRESS EVIDENCE**
**OYEWALE OLANIBI,**                  :     **07 Cr. 899(VM)**

                                                      Defendant.         :

```
-----------------------------------X
```

     **PLEASE TAKE NOTICE** that upon the annexed affirmation of Roland Thau, his counsel, his own affirmation, and memorandum of law, the defendant **OYEWALE OLANIBI** will move for an Order pursuant to Rules 12 and 41, Fed.R.Crim.P., suppressing all the physical evidence seized from him, his property and his home and suppressing all post-arrest statements made by and attributed to him, all on the ground that his arrest lacked probable cause, such that all seizures and post-arrest statements were "fruit of the poisonous tree" and on the alternative ground that even *arguendo* if his arrest had been based on probable cause, the non-consensual and warrantless search of his computer bag following his arrest was in violation of his constitutional rights and, for that reason as well, furnished the "poisonous basis" for the search warrant which authorized that his computer's contents and his home be searched.

```
Dated:  New York, New York
        January 28, 2008

                            Yours, etc.

                            LEONARD F. JOY, ESQ.
                            Federal Defender of New York


                            By:  _/S/_____
                                 ROLAND THAU, ESQ.
                                 Staff Attorney
                                 Attorney for Defendant
                                    Oyawale Olanibi
                                 52 Duane Street - 10th Floor
                                 New York, New York  10007
                                 Tel.: (212) 417-8733

TO:  Michael Garcia, ESQ.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York  10007
     Attn: ANTONIA M. APPS, Esq.,
           Assistant United States Attorney
```