UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :
                                     :    07 CR. 0899 (VM)
        -against-                    :    ORDER
                                     :
OYEWALE OLANIBI,                     :
                                     :
            Defendant.               :
------------------------------------X

**VICTOR MARRERO, United States District Judge:**

All parties are advised that a final pre-trial conference before Judge Marrero has been scheduled for June 10, 2008 at 10:00 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. The parties' joint pre-trial order is due by June 4, 2008.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

SO ORDERED:

Dated:   New York, New York
         28 May 2008

                                         _____
                                         Victor Marrero
                                         U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08
```