UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

OYEWALE OLANIBI,

              Defendant.

07 CR. 0899 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Defendant pled guilty on June 2, 2008 before Magistrate Judge Frank Maas. The final pre-trial conference scheduled for June 10, 2008 has been adjourned. Defendant is scheduled to be sentenced before Judge Marrero on September 5, 2008 at 11:00 a.m.

**SO ORDERED:**

Dated:    New York, New York
             9 June 2008

                                          Victor Marrero
                                            U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08