```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :

         - v. -                   :    ORDER
                                       07 Cr. 899 (VM)
OYEWALE OLANIBI,                  :
     a/k/a "Joseph Abad,"
                                  :
         Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 2, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         9 June         , 2008

                                         _____
                                         THE HONORABLE VICTOR MARRERO
                                         UNITED STATES DISTRICT JUDGE