# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

September 3, 2008

by fax 805-6382

Honorable Victor Marrero,
United States District Judge
Southern District of New York

Re:  **United States v. Oyewale Olanibi**
     **07 Cr. 899 (VM)**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```

Your Honor:

On the Government's consent (by Antonia M. Apps, Esq., AUSA, Tel. 637-2198) we respectfully request that Mr. Olanibi's sentence now due to be imposed September 5 be adjourned for about a month as, due to a lack of communication in my office, his lengthy and complex presentence report did not reach him until yesterday and I need to discuss it with him and perhaps file objections as well as a sentencing submission.

In addition, I am due to start the trial of United States v. Miguel McKinney, 08Cr.354(BSJ) on September 15, 2008.

Respectfully,

Roland Thau,
Staff Attorney
Tel.: (212) 417-8733

cc: Antonia M. Apps, Esq., AUSA
    By fax 212 637-2527

---

Request GRANTED. The sentencing of defendant Oyewale Olanibi herein is rescheduled to 10-22-08 at 4:30 p.m.

SO ORDERED.

9-3-08
DATE                VICTOR MARRERO, U.S.D.J.

TOTAL P.002