Samuel Haug / Oyewale Olanibi
Inmate No. 42090-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

Legal Mail

September 1st, 2008

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SEP 4 2007

RE: United States v. Oyewale Olanibi
    07 Cr. 899 (VM)

Dear Judge Marrero,

    I, the defendant in the above-mentioned action, hereby submits this letter requesting relief from Your Honor in regards to the representation being provided by present counsel, Mr. Roland Thau, Esq., in these proceedings. My claims and contentions are as follows:

    I am having conflicts with present counsel in obtaining a copy of my Pre-Sentence Investigation report (PSR) and my personal property from the Government. I am asking this Court's kind intervention in assisting me to obtain a copy of the PSR and my personal property from Government. After entering my plea of guilty, counsel promised to assist in retrieving personal property being held by the Government and to provide a copy of PSR prior to sentencing. However, until the present date he has not complied nor made any efforts to assist me with these matters.

    I have left numerous messages for counsel, continuously demand for his assistance and have never received a reply. On certain instances when I have spoken to attorney, he has admitted to having the PSR in his possession, yet he has failed to provide me a copy

or review it with me for that matter. I am entitled to review PSR with adequate anticipation of sentencing so that any objections could be properly presented. Counsel's neglect is depriving me of this right and interfering with these proceedings. I would greatly appreciate Your Honor's assitance with obtaining this report prior to sentencing.

    I am requesting of Your Honor to assist me in this matter pursuant to Federal Rules of Criminal Procedure, Rule 32(f). I thank you for Your Honor's kind attention and relief in the matters herein.

Respectfully Submitted,

Dated: September 1, 2008

_____
Oyewale Olanibi

---

The Clerk of Court is directed to transmit to counsel for defendant Oyewale Olanibi a copy of this letter from defendant to the Court. Counsel is directed to respond as appropriate

SO ORDERED:

9-4-08
DATE    VICTOR MARRERO, U.S.D.J.